**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| BRIAN NEIL HOFF; and FURRYWOOD STUDIOS, LLC<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY PICTURES; ABC, INC.; BUENA VISTA HOME ENTERTAINMENT, INC.; DISNEY CONSUMER PRODUCTS AND INTERACTIVE MEDIA, INC.; BUENA VISTA BOOKS, INC.; and DISNEY INTERACTIVE STUDIOS, INC.<br><br>Defendants. | Case No. EDCV 19-00665 AG (KKx)<br><br>**JUDGMENT** |

The Court enters Judgment against Plaintiff Brian Neil Hoff and in favor Defendants.

Dated August 19, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT